HOUSTON BELT & TERMINAL RY. CO. v. STEPHENS. (No. 183.)

(Court of Civil Appeals of Texas. El Paso. Nov. 14, 1918.)

Appeal from District Court, Harris County; Wm. Masterson, Judge.

On rehearing. After remand from the Supreme Court, with answers to certified questions (203 S. W. 41). Judgment below affirmed.

For previous opinion, see 155 S. W. 703.

Andrews, Ball & Streetman, A. L. Jackson, McDonald Meachum, and Jno M. King, all of Houston, for appellant. John Lovejoy and J. W. Parker, both of Houston, for appellee.

HARPER, C. J. The answers of the Supreme Court to certified questions in this case (203 S. W. 41) require its affirmance.

The motion for rehearing is therefore granted, and the judgment of the lower court affirmed.